UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD KELLY, an individual, | Case No. 04-CV-0807-WQH (JMA) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| | **[Doc. 62]** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, etc., et al., | |
| Defendants. | |

The Court hereby **GRANTS** the joint motion to continue the date of the Early Neutral Evaluation Conference, and reschedules the conference from March 13, 2008 at 10:00 a.m. to **March 19, 2008** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: February 29, 2008

Jan M. Adler
U.S. Magistrate Judge

04cv0807