UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD KELLY, an individual, | ) Case No. 04-CV-0807-WQH (JMA) ) |
| Plaintiff, | ) **ORDER RE DISCOVERY DISPUTES** ) ) |
| v. | ) ) |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, etc., et al., | ) ) ) ) |
| Defendants. | ) ) ) |

On November 19, 2008, the undersigned's law clerk held a telephonic discovery conference with Aaron Markowitz, Esq., counsel for Plaintiff, and Stephen Galton, Esq. and Keiko Kojima, Esq., counsel for Defendant. After having been apprised of various disagreements regarding discovery, the Court issued the following orders:

1. The depositions to be taken by Plaintiff of Defendant's witnesses pursuant to Fed. R. Civ. P. 30(b)(6) shall occur where the witnesses are located, which the Court understands is Defendant's home office in Chattanooga, Tennessee. The Court

disagrees with Plaintiff's position that the proper location for these depositions is San Diego because the case is venued here, and also disagrees with Plaintiff's assertion that Defendant chose the forum for the instant action by virtue of the fact that it filed a previous case against Plaintiff in this Court.

2. Until the Court issues a ruling regarding the parties' dispute over the protective order to be entered in this case (see Doc. Nos. 75, 76), the parties are to exchange any documents they deem in good faith to be of a confidential nature on an "attorney's eyes only" basis. The pendency of the parties' motion regarding the protective order shall in no way impede the exchange of documents in this case.

3. Counsel shall meet and confer by telephone regarding any outstanding discovery issues, including the scope of the Fed. R. Civ. P. 30(b)(6) depositions noticed by Plaintiff, as well as Defendant's responses to Plaintiff's document requests, by no later than the close of business on November 21, 2008. Counsel shall make every effort to resolve these issues without the necessity of further Court intervention.

**IT IS SO ORDERED.**

DATED: November 20, 2008

Jan M. Adler
U.S. Magistrate Judge