UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD KELLY, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, etc., et al.,<br><br>　　　　　　Defendants. | Case No. 04-CV-0807-WQH (JMA)<br><br>**ORDER REQUIRING DEFENDANT TO DISCLOSE IDENTITIES OF FED. R. CIV. P. 30(b)(6) DESIGNEES PRIOR TO DEPOSITION** |

　　　　On July 6, 2009, counsel for the parties advised the Court of a discovery dispute relating to whether Defendant is required to identify the persons designated to testify pursuant to Fed. R. Civ. P. 30(b)(6) in advance of the subject depositions, which are presently scheduled to take place in Tennessee in mid-August 2009.  The undersigned's law clerk conducted a telephonic conference on that date with counsel regarding this matter.  For the reasons set forth below, the Court finds that Defendant is required to disclose the identities of the designees in advance of the depositions, and **ORDERS** Defendant to do so by no later than July 17, 2009.

　　　　Advance disclosure of the identities of Defendant's 30(b)(6) designees is appropriate given the interests of efficiency, allowing proper preparation for the depositions, and preventing delay.  It is customary, in the Court's experience, for the

1  identities of 30(b)(6) designees to be disclosed in advance of their depositions.  The
2  leading practice guide on federal civil procedure makes the same observation.  See
3  Schwarzer, Tashima & Wagstaffe, Cal. Practice Guide:  Fed. Civ. Pro. Before Trial (The
4  Rutter Group 2009), ¶ 11:1413a.  Defendant's reason for not wanting to disclose the
5  identities in advance -- its supposition that Plaintiff may propound discovery seeking
6  information related to the designees -- does not override the interests of efficiency,
7  allowing proper preparation, and preventing delay, and does not persuade the Court
8  that the identities should not be disclosed.  Moreover, the Court notes that advance
9  disclosure of the identities of the designees will permit the parties to properly meet and
10 confer, before the depositions, if there are any issues regarding whether the designees
11 can adequately testify as to any of the designated topics.
12         Accordingly, Defendant shall disclose the identities of its 30(b)(6) designees to
13 Plaintiff by no later than July 17, 2009.
14         **IT IS SO ORDERED.**
15 DATED:  July 7, 2009

_____
Jan M. Adler
U.S. Magistrate Judge

2

04cv0807